UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
11 MAR -8 PM 3: 04
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

ALAN KING, Jr., )
            )
       MOVANT, )
V.          )   CAUSE NO. IP 07-16-CR-01
            )
            )
UNITED STATES OF AMERICA, )
            )

## MOTION TO COMPEL GOVERNMENT TO FILE RULE 35

Comes now Alan King, Jr., pro-se, files this Motion to Compel Government to File Rule 35(b) for substantial assistance.

In support of this motion, Alan King, Jr., advises the Court as follows:

### AUTHORITY OF THE COURT

The Supreme Court decided in Wade v. US 504 US 181 that Federal District Courts have authority to review prosecutor's refusal to file substantial assistance motion and to grant remedy if they find that refusal was based on unconstitutional motive.

### RELEVANT HISTORY

On May 4, 2007, Movant sentenced to the Federal Bureau of Prisons for a term of 105 months. In May of 2007 Movant was designated to Forrest City Correctional Institution -Low. Starting April of 2008 Movant began to get extorted and abused physically and sexually by a Federal Correctional Officer. In June of 2008 Movant made the staff at Forrest City aware of the extortion and abuse that he had been subjected to. This conduct was reported to the S.I.S. Department at Forrest City at that same time. S.I.S. staff at the institution brought in agents from the Office of Inspector General since this involved staff misconduct.

### SUBSTANTIAL ASSISTANCE TO GOVERNMENT

Once the OIG's office was involved the investigation took a different turn. The agents from the OIG's office made the Movant fully aware what their office was going to do and how they wanted to pursue the federal officer that was causing the assaults on the

RECEIVED
MAR 08 2011
U.S. CLERK'S OFFICE
INDIANAPOLIS

injuries refused to have the Movant examined by medical personnel because they did not want to jeopardize their investigation. The agents came up with a plan to try and place a wire on the Movant so that he could record conversation between him and the officer. The Movant wasn't too comfortable with this idea and expressed his concerns with the agents. The agents advised the Movant that they would be back in touch with him in a few days to try and execute the plan for a wire. The next day Movant was approached by the corrupt officer asking him if he had went to authorities on him because he heard from a co-worker that SIS was investigating him. The Movant became very scared at this point because now he knew that his life and safety was at risk. Once the agents were contacted aboutthis the plan of action was changed. The OIG agent's decided that since the officer was trying to extort me for money to purchase a boat that they would go after him that way.

    This new plan required getting my family member involved. They came up with a plan to have my girlfriend email the officer back and gather more information and plan how he would get the money that he was requesting. The agents contacted my girlfriend Claudia James and explained to her what was going on and what they needed. The agent's also provided Movant's girlfriend with voice phone recording device. The plan was carried out and a series of emails were exchanged between the officer and Movant's girlfriend.(see exhibit "A") The Movant's girlfriend also provided the agent's with the voice recordings that the officer and girlfriend had.

    Once this was all received the agent's from the OIG office was ready to put a plan together to apprehend the officer. The agent's kept asking the Movant if he could get the officer to bring in more contraband but atthis point the officer was suspicous because of what he had heard earlier about being under investigation by SIS. The agent's decided to set up a meeting with Movan't girlfriend and the officer so that the officer could receive the checks that he wanted for the boat and the agent's also wanted to Movant's girlfriend to try and get the officer to accept some pills to bring in to the Movant.

The agent's approached the Movant to go over the plans for the meeting. The agent's advised the Movant that a meeting will go on between the officer and the Movant's girlfriend and that the plan was to fly the Movant's girlfriend down to Arkansas and have her meet the officer at a local Burger King. At that time the Movant's girlfriend would be wearing a wire and a button with a hidden camera on it. Once the officer signed the paperwork for the checks that the agent's would move in and apprehend the officer. At that same time I would be removed off the Forrest City Low compound and placed in protective custody. The agent's asked Movant if there was any specific institution that he would like to get transferred to. The agent's again explained to the Movant that it was their usual practice to remove the inmate from the compound where they provided assistance on. The agent's told the Movant that he would be transferred more than likely to the facility of his choice and that once there agent's would be in contact with him. Movant asked the agent's about the time reduction. The agent's response was that once the Movant is transferred that the agent would contact the US Attorney for that district of Arkansas about Movant's cooperation and assistance with the investigation and that the US Attorney there would contact the US Attorney for the district the Movant was sentenced out of to file a Rule 35 motion for reduction of time for substantial assistance, but that no amount was gauranteed off because that was left up to the Court. The agent's explained to the Movant that he might be required to testify in court against the officer depending on whether officer pleaded out or went to trial.

On September 15, 2008 the agent's executed their plan and the officer was apprehended and the Movant was removed from the Forrest City Low compound and placed in protective custody at the Forrest City Medium. Movant was transferred to Milan FCI on September 18, 2008 (see exhibit "B") as a result of his cooperation in the investigation.

## UNCONSTITUTIONAL MOTIVE

The next day after the Movant was placed in protective custody the agent's from the OIG office came to visit him. The agent's were very hostile and upset with the Movant. The agent's were upset that the officer would not accept the pills that they had given the Movants girlfriend at the meeting at the Burger King. The officer signed the paperwork for the checks but wouldn't take the pills. After the officer was apprehended he was questioned by the agent's from the OIG office. At that time the officer admitted to injuring the Movant's hand and wrist as well as many other administrative violations. The officer denied bringing in contraband to the facility. The agent's were clearly upset when they came to visit the Movant. The agent's stated that all they had him on was the checks that he signed for which substantiated my claims of extortion. Since the officer also admitted to injuring Movant's hand the agent's attempted to have the Movant sign paperwork that wouldn't hold the government liable. The agent's where yelling atthe Movant and threatened to transfer the Movant far away from his family. The agents also stated that it doesn't look good for the BOP that Movant was a "black inmate" and it involved a "white officer". That the officer was in law enforcement in a small town nearby before joining the BOP and that they didn't want this to leak out. The agent's said that they had wasted their time because they couldn't get the officer on the contraband charges. Movant was told that any charges filed against the officer regarding the extortion and abuse by the officer would open the door for civil law suit so therefore charges wouldn't be pursued. The agent's were more concerned about the officer's reputation in the community rather than the rights and safety of the Movant. So the bottom line was that Movant is a black federal inmate with allegations against a white federal correctional officer whom was married and had children and because of the small town and the officer's dealings in that town nothing would be pursued on the Movant's behalf.

Once the Movant was transferred to Milan FCI he tried to contact agent Rachel Hart to inquire as to if the officer had been arrested and about the Rule 35 motion that he was promised would be filed. Agent Hart had her number removed off the Movant's inmate phone list and hasn't

Movant presented complaints of left wrist pain to Forrest City staff was September 15, 2008". This was not true because the first time Movant presented complaints of left wrist pain and injury was in June of 2008 when he prepared a statement for the SIS dept. and teh OIG agent's.

The Department of Justice in every way has tried to cover up their actions on all levels and have continued to lie to the Movant. This is certainly something that the Court will need to intervene on. The Movant was promised a Rule 35 motion for reduction of sentence for his substantial assistance to the government. Movant has since filed a Federal Tort Claim against the United States, as well as Bivens Actions against former officer Steven Melton and the SIA and Warden of the institution. The counsel representing a few of the defendant's is the US Attorney for the district of Arkansas, the same Department that the OIG agent's said would be seeking the Rule 35 motion.

## CONCLUSION

For all of the foregoing reasons, the Movant Alan King Jr., respectfully urges the Court to obtain further discovery, grant an evidentiary hearing, and or grant Motion to Compel.

Respectfully submitted,

_Alan King_

Alan King Jr, #08297-028
Federal Correctional Camp
P.O. Box 33
Terre Haute, IN  47808


**YAHOO! MAIL**

**Re: Melton**  Thursday, September 4, 2008 12:32 PM
From: "Jennifer Melton" <jenniferscott72326@yahoo.com>
To: dasha1182@yahoo.com

Hi, I have been busy but I am at the house right now 11:30am Sept. 4 if you would like to call? Or I will be on the computer for a while before I have to go make some money, or something like work anyways. Well hope to hear from you soon...

----- Original Message ----
From: claudia james <dasha1182@yahoo.com>
To: Jennifer Melton <jenniferscott72326@yahoo.com>
Sent: Thursday, September 4, 2008 5:39:51 AM
Subject: Re: Melton

**Hey Melton,**

**I tried calling last night to finish up everything please call me tonight if I don't get everything done soon I will have to redraw up the paperwork because of the dates will be expire. I know you're busy just like me so I promise I will make it quick if there is another number beside the 870 I can reach you at let me know. I can call during the day, if you like. By the way, how is big head doing? I think I am going to surprise him and come see him soon. Well talk to you later.**

**Thanks so much for everything I am so happy I can't wait to talk to you so you can be just as happy.**

**Cell 260 602 9363**
**Home 260 755 5594**

**Claudia**

--- On **Tue, 8/12/08, Jennifer Melton <*jenniferscott72326@yahoo.com*>** wrote:

> From: Jennifer Melton <jenniferscott72326@yahoo.com>
> Subject: Re: Melton
> To: dasha1182@yahoo.com
> Date: Tuesday, August 12, 2008, 9:01 PM
>
> I was wondering if you might have the time to call me? no matter what time. Thanks

Re: Melton - Yahoo! Mail                                                                                       Page 2 of 2

Case 1:07-cr-00016-JMS-KPF   Document 5   Filed 03/08/11   Page 7 of 10 PageID #: 29

Date: Saturday, August 9, 2008, 4:17 AM

To begin with, you are very welcome but I treat your brother with the same respect that I would treat anyone. While speaking with Alan I had said that I would like to have a sponsor so that I could enter local bass tournaments, then Alan stated a couple of weeks later that he was working on getting it done for me because I have treated him with respect. I have not really believed Alan until I have received your message. I have spoken with Alan many times that he does not owe me anything because I have done nothing special to deserve any thing in return. If you have arranged for me to be sponsored by your Fathers Company then I would like to say Thanks to you and your father for the opportunity to do what I have wanted to do since I was a small child. I was wanting to let you know that I was planning on visiting the Bass Pro shop in Memphis TN. Monday or Tuesday 8-11 or the 8-12. I was wondering if I could Finish the paper work when I arrive their? I was also wondering if the there was any thing that I might need to bring with me? If you can get back with me as soon as possible I would greatly thank you for that...

----- Original Message ----
From: claudia james <dasha1182@yahoo.com>
To: jenniferscott72326@yahoo.com
Sent: Thursday, August 7, 2008 5:26:29 PM
Subject: Melton

*Hi Melton,*
*My name is Claudia and I am Alan King's sister and I need to touch base with you about the boat that you and my brother agreed that he would buy for you. I have got all the paperwork completed from our Fathers Company and need to know how the title work should be made out to exactly and when you want to either pick it up or have it delivered. Everything has been done to make it look like a donation or a sponsorship. Thank you for looking after and taking care of my big headed brother. We worry about him all the time. Alan talks about you all the time and says that you are a really good friend and when he gets out he will reward you greatly. He always likes to throw daddy's money around. LOL! Please get back to me ASAP so that I can get everything finalized.*

*Thanks again,*
*Claudia*



Re: Melton - Yahoo! Mail    Page 1 of 2

Case 1:07-cr-00016-JMS-KPF   Document 5   Filed 03/08/11   Page 8 of 10 PageID #: 30


YAHOO! MAIL

**Re: Melton**  Tuesday, August 12, 2008 8:56 PM
From: "Jennifer Melton" <jenniferscott72326@yahoo.com>
To: dasha1182@yahoo.com

Ms. James

I was wanting to ask you a favor. If the accounting clerk was going to cut me a check I was wondering if she could make it out to someone else that I know for tax purposes? I was also wanting to check base with you. Thanks again.

----- Original Message ----
From: claudia james <dasha1182@yahoo.com>
To: Jennifer Melton <jenniferscott72326@yahoo.com>
Sent: Sunday, August 10, 2008 9:04:59 PM
Subject: Re: Melton

*Hi Melton*

*The paper work from my dad's business was submitted and approved for $45,000.00. At this point we need to know exact what boat you want and name and address of the boat shop and if you sales men we will need his info also. Once we have this the accounting department will forward the money to the boat shop and you can complete all the necessary forms at the shop directly. I will need the full name and address this will go under again you have $45,000.00 allotted to spend hopefully this will be enough to cover boat and taxes. Alan didn't know how much the boat would coat so he gave me a figure of $45, 000.00 for approve please get back with me ASAP with this information so I can get everything finalized. So Alan can stop bugging me LOL!! Again thank you for looking out for my brother I worry about his safety every day glad he has a friend in you.*

*Thanks you,*
*Claudia*

--- On **Sat, 8/9/08, Jennifer Melton *<jenniferscott72326@yahoo.com>* wrote:**

> From: Jennifer Melton <jenniferscott72326@yahoo.com>
> Subject: Re: Melton
> To: "claudia james" <dasha1182@yahoo.com>





**Re: Melton**                                                          Tuesday, August 12, 2008 4:27 PM

From: "Jennifer Melton" <jenniferscott72326@yahoo.com>
To: dasha1182@yahoo.com

Ms. James,

  I was wanting to give you an update about the information that you were acquiring The Place is Bass Pro Shops 66140 Macon Road - Memphis, TN 38134, one of the salesman name will be Bill Jackson and/or a man by the name of Woody, both will have the information about the boat, phone# 1-901-213-5935 fax#1-901-213-5945
as of right now the price of the boat is around 31.000  Mr. Bill said that he could fax a copy of the information about the boat if accounting needs it.
My information that you needed is Steven S. Melton  115 Matthews Cove Wynne, AR 72396... The salesman stated that he will be waiting for a call so that he can get the paper work started.. Again I would like to say that you have no idea how much this means to me. So again and again THANK YOU.. let me know something when you can. Have a safe day at work. I will have my cell phone with me today if you would like to give me an update.. Thank you so much......



----- Original Message ----
From: claudia james <dasha1182@yahoo.com>
To: Jennifer Melton <jenniferscott72326@yahoo.com>
Sent: Sunday, August 10, 2008 9:04:59 PM
Subject: Re: Melton

### Hi Melton

*The paper work from my dad's business was submitted and approved for $45,000.00. At this point we need to know exact what boat you want and name and address of the boat shop and if you sales men we will need his info also. Once we have this the accounting department will forward the money to the boat shop and you can complete all the necessary forms at the shop directly. I will need the full name and address this will go under again you have $45,000.00 allotted to spend hopefully this will be enough to cover boat and taxes. Alan didn't know how much the boat would coat so he gave me a figure of $45, 000.00 for approve please get back with me ASAP with this information so I can get everything finalized. So Alan can stop bugging me LOL!! Again thank you for looking out for my brother I worry about his safety every day glad he has a friend in you.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2011 a copy of the foregoing was mailed by first class US mail postage prepaid and properly addressed to the following:

Office of the United States Attorney
Southern District of Indiana
10 West Market Street, Suite 2100
Indianapolis, IN  46204

Alan King Jr,. #08297-028