UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | )   No.  IP 07-cr-16-S/F-1 |
| | ) |
| ALAN KING, JR., | ) |
| | ) |
| Defendant. | ) |

### E N T R Y

This is an action brought pursuant to Rule 41(g) of the *Federal Rules of Criminal Procedure*. Because the related criminal action has been concluded, the motion for return of property should ordinarily be processed as a new civil action so as not to circumvent provisions of the Prison Litigation Reform Act of 1995. See *United States v. Norwood*, 602 F.3d 830 (7th Cir. 2010); *United States v. White*, 582 F.3d 787, 806 n.3 (7th Cir. 2009); *Chairez v. United States*, 355 F.3d 1099, 1100 (7th Cir. 2004); *United States v. Howell*, 354 F.3d 693, 695 (7th Cir. 2004).

The parties shall have **through July 28, 2011**, in which to either seek the processing of the Rule 41(g) motion as a new civil action or show cause why the motion should not be so treated. The parties may file separate responses.

**IT IS SO ORDERED**.

*[signature]*
HON. JANE MAGNUS-STINSON, Judge
United States District Court

Date: 7-8-11

Distribution:

Office of the United States Attorney
10 West Market Street    Suite 2100
Indianapolis, IN    46204-3048

Alan King, Jr.
08297-028
Federal Correctional Camp
P.O. Box 33