UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) No. 1:07-cr-16-JMS-KPF-1 |
| | ) |
| ALAN KING, JR., | ) |
| | ) |
| Defendant. | ) |

**Entry Directing Opening of New Civil
Action based on Rule 41(g) Motion**

**I.**

Consistent with the decision in *United States v. Howell,* 354 F.3d 693 (7th Cir. 2004), having given notice to the parties and having considered their responses, a **new civil action shall be opened** based on the defendant's motion for return of property.

Insofar as docketed in this action, that motion is denied without prejudice.

**II.**

In implementing the first portion of the rulings in Part I of this Entry:

1. The defendant's motion to return property filed on October 21, 2010, shall be docketed as the complaint in the new civil action.

2. The docket of the new civil action shall show Alan King, Jr. as the plaintiff and the United States of America as defendant. A copy of this Entry shall be filed in the new civil action and entered on the docket of such action.

3. The nature of suit code for the new action is 690 and the cause of action code is 28 U.S.C. § 1331b. The assignment of judicial officers in the newly opened action shall be by random assignment.

4. Except as specified in Part III of this Entry, all filings commencing with the motion for return of property on October 21, 2010, shall be docketed in the newly-opened civil action. The "response" filed on January 10, 2011, shall be docketed as the "United States' answer" to the complaint. The other materials shall be docketed as labeled.

5. Only Assistant United States Attorney Shelese Woods shall be noted in the newly opened action as counsel of record for the United States of America in the newly opened action.

## III.

The filings exempt from the treatment specified in paragraph 4 of Part II above are the following:

Dockets 5, 6, 9, 10, 12, 13, 14, 15, in the electronic docket opened in the criminal action on July 8, 2011.

**IT IS SO ORDERED.**

Date: 08/08/2011

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Shelese M. Woods, Office of the United States Attorney
Shelese.woods@usdoj.gov

Alan King, Jr.
08297-028
Federal Correctional Camp
P.O. Box 33
Terre Haute, IN 47808

**Note to Clerk: Processing this document requires actions in addition to docketing and distribution.**