United States Court
Southern District of Indiana

U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

2012 JUN -8 PM 2:44

RECEIVED
LAURA A. BRIGGS
JUN 08 2012
U.S. CLERK'S OFFICE
INDIANAPOLIS INDIANA

United States

v.

Alan R. King Jr,

1:07-cr-00016 JMS-KPF

Motion denied for the same reason stated by probation. The nature of Defendant's crime render computer monitoring mandatory. If the district to which Defendant has sought transfer is limited in its capability to monitor, that is a consequence that Defendant must deal with.
JMS, DJ 7-18-12

## Modification of Supervised Release

Comes now Defendant, Alan R. King Jr, moves this Court for a Modification of Supervised Release and state the following in support of:

1. On May 4, 2007, Honorable David Hamilton imposed special condition #7 that states the defendant shall not possess or use a computer or other related hardware or software (including any Internet-enabled device) during the time of supervised release, unless approved by the probation and with appropriate monitoring software installed.

2. Defendant has had his supervised release relocated to the Northern District of Mississippi but said district does not have monitoring software. (See ATTACHMENT "A")

3. Defendant would ask this Court to modify special condition #7 due to the fact that the probation department does not have the capabilities to monitor. It is imperative that defendant have computer + internet access to continue educational and employment opportunities. Almost everything is done via the internet. Defendant would also like to take online religious studies. Defendant has absolutely no problem with probation services monitoring his computer but it's the probation services that don't have monitoring software.

4. Not having computer or internet access would be basically setting the defendant up to fail because alot has changed from the 6 years from when the defendant was sentenced. Almost everything is done via the internet or computer. Most jobs now a days require a person to submit an online application.